**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GREG PEARCE**                                                                                        **PLAINTIFF**

**Vs**                                  **CASE NO. 4:08CV00209 BSM**

**JOE POE, et al**                                                                                      **DEFENDANTS**

## ORDER OF DISMISSAL

The parties appeared before Magistrate Judge Beth Deere on March 25, 2009, and having reached an amicable settlement, advise the court that this case can be dismissed.

IT IS THEREFORE ORDERED that all claims in this action shall be, and they are hereby, dismissed with prejudice.

IT IS SO ORDERED this 30th day of March, 2009.


                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE